UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO COUNTY, TEXAS

| | |
|---|---|
| RACHEL BROWN, Individually as Spouse, § <br> and as Personal Representative of the § <br> Estate of James Brown, DINETTA § <br> SCOTT, as Mother of James Brown and § <br> JAYLIAH BROWN, as Child of § <br> James Brown, § <br>         Plaintiffs, § <br> § <br> v.                                                                § <br> § <br> COUNTY OF EL PASO, ex. rel. § <br> EL PASO COUNTY JAIL, Officers § <br> John Does 1-10, § <br>         Defendants. § | EP-14-CV-291-KC |

### NOTICE OF ENTRY OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Manuel Romero, Assistant County Attorney, and files this notice of entry of his appearance as lead counsel for County of El Paso, Defendants in the above-styled and numbered cause.  Ruben Duarte remains as co-counsel. Notice to be provided to both counsel for Defendants.

                                           **Respectfully submitted**,

                                           **JO ANNE BERNAL**
                                           **El Paso County Attorney**
                                           500 E. San Antonio, Room 503
                                           El Paso, Texas  79901
                                           Bus:  (915) 546-2050
                                           Fax:  (915) 546-2133
                                           Email: manuel.romero@epcounty.com

BY:    */s/ Manuel Romero*
               **MANUEL ROMERO**
               Assistant County Attorney
               Texas Bar No. 24041817
               Attorney for County of El Paso

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was sent to Jason Bowles, Bowles Law Firm, P.O. Box 25186, Albuquerque, NM  87125, via facsimile (505) 217-2680 and B.J. Crow, Crow Law Firm, 400 N. Pennsylvania Avenue, Suite 1150, Roswell, NM 88201, via facsimile (575) 291-0201, Attorneys for Plaintiffs, on this 19th day of May, 2015.

                      */s/ Manuel Romero*
                      **MANUEL ROMERO**