UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| RACHEL BROWN, Individually as Spouse, and as Personal Representative of the Estate of James Brown, DINETTA SCOTT, as Mother of James Brown and JAYLIAH BROWN, as Child of James Brown,<br>　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF EL PASO, ex. rel. EL PASO COUNTY JAIL, Officers John Does 1-10,<br>　　　Defendants. | § § § § § § § § § § § § § § | EP-14-CA-291-KC |

## JOINT ADVISORY TO THE COURT OF PARTIES' SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs, and Defendants and provide this advisory to the Court.

1. Trial in this matter is set for September 25, 2015.

2. The parties have entered into a settlement agreement and jointly inform this Honorable Court of said action.

3. The parties hereby request thirty (30) days to submit to the Court their Joint Stipulation of Dismissal and accompanying order.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ JASON BOWLES**
　　　　　　　　　　　　　　　　　　　**JASON BOWLES**
　　　　　　　　　　　　　　　　　　　BOWLES & CROW
　　　　　　　　　　　　　　　　　　　P.O. Box 25186
　　　　　　　　　　　　　　　　　　　Albuquerque, New Mexico 87125-5186
　　　　　　　　　　　　　　　　　　　Telephone:　(505) 217-2680
　　　　　　　　　　　　　　　　　　　Telecopier:　(505) 217-2681
　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

**/s/ RUBEN DUARTE**
**RUBEN DUARTE**
State Bar. No. 24002017
EL PASO COUNTY ATTORNEY
500 E. San Antonio, Room 503
El Paso, Texas 79901
Telephone: (915) 546-2053
Facsimile: (915) 546-2133
**ATTORNEY FOR DEFENDANT**
**EL PASO COUNTY**

**CERTIFICATE OF SERVICE**

    This is to certify I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to **Jason Bowles**, Bowles Law Firm, P.O. Box 25186, Albuquerque, NM 87125, and **B.J. Crow**, Crow Law Firm, 400 N. Pennsylvania Avenue, Suite 1150, Roswell, NM 882011, on this 22 day of June, 2015.

*/s/ RUBEN DUARTE*
**RUBEN DUARTE**
