IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RACHEL BROWN, Individually as Spouse and as Personal Representative of the Estate of James Brown; DINETTA SCOTT, as Mother of James Brown; and JAYLIAH BROWN, as Child of James Brown, <br><br>    Plaintiffs, <br><br> v. <br><br> COUNTY OF EL PASO, ex rel., EL PASO COUNTY JAIL, and Officers John Does 1-10, <br><br>    Defendants. | § § § § § § § § § § § § § § § § | EP-14-CV-291-KC |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 45, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Joint Stipulation, the Court **ORDERS** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

**IT IS FURTHER ORDERED** that all pending motions are hereby **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 24th day of July, 2015.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE