**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
7/24/15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To  Jason Bowles
Street and Apt. No., or PO  Bowles & Crow
P.O. Box 25186
City, State, ZIP+4  Albuquerque, NM 87125-5186
EP14CV291-KC Doc #46 mn

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0004 9388 3048